**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Kimberly McCue,** | : |
| | : |
| | : **Civil Action No.: 3:10-cv-01710-PCD** |
| **Plaintiff,** | : |
| **v.** | : |
| | : |
| **FirstSource Advantage, LLC; and DOES 1-10, inclusive,** | : |
| | : |
| **Defendant.** | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

Kimberly McCue ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: December 21, 2010**

> **Respectfully submitted,**
>
> **PLAINTIFF, Kimberly McCue**
>
> **<u>/s/ Sergei Lemberg</u>**
>
> **Sergei Lemberg, Esq.**
> **LEMBERG & ASSOCIATES L.L.C.**
> **1100 Summer Street, 3rd Floor**
> **Stamford, CT 06905**
> **Telephone: (203) 653-2250**
> **Facsimile: (877) 795-3666**
> **slemberg@lemberglaw.com**

## **CERTIFICATE OF SERVICE**

**I hereby certify that on December 21, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

**By /s/ Sergei Lemberg**

**Sergei Lemberg**